IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 50.4.160.153

**ISP:** WideOpenWest
**Physical Location:** Northville, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/25/2018 04:00:06 | 4707E5950294A5E83FA6151635F12DEC1AC6F1BB | Stripshow Sex |
| 03/20/2018 02:20:35 | CA8A8E8BC9A4FED61B6265200E84D316B4F2AC54 | Hot Blooded |
| 03/19/2018 23:37:14 | 55BA8BB68B81BE4F118A610E15B4814768DB697B | Blowjob or Blowfish |
| 01/29/2018 00:33:20 | D463E79F4A2BFD36830C106D21030B30754CE6F7 | X Marks The Spot |
| 01/13/2018 22:51:26 | E6B831855FF8DD0956707DB066AF7EEECBF6AF6B | Purely Passionate |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

NEMI396